

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00524-CV

———————————————

IN RE GERALD ANTHONY WRIGHT, Relator

———————————————

Original Proceeding
Criminal District Court No. 2 of Tarrant County, Texas
Trial Court No. 0272196D

———————————————

Before Kerr, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and real party in interest's response and supplemental response and is of the opinion that the petition should be dismissed as moot. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

Per Curiam

Delivered: December 9, 2024